# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Timothy Douglas Bunnell     Docket No. 5:09-CR-52-1BO

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Timothy Douglas Bunnell, who, upon an earlier plea of guilty to 18 U.S.C. §§922(g)(1), and 924, Possession of a Firearm by a Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 18, 2010, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court.

Timothy Douglas Bunnell was released from custody on September 19, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant reported to the probation office on September 22, 2014, and tested positive for marijuana and cocaine. The defendant would not admit to use but stated he was open to treatment. The defendant is homeless and refuses to sign a waiver for halfway house placement which would give him an opportunity to have housing and food until he finds employment and his own residence. The defendant has agreed to sign a waiver for substance abuse and mental health treatment. The defendant suffers from anxiety and depression and has an extensive drug history.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Timothy Douglas Bunnell
Docket No. 5:09-CR-52-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: September 23, 2014

ORDER OF COURT

Considered and ordered this 23 day of September, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge